

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00165-CR

KELON DEWON DAVIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 14-0392x

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Kelon Dewon Davis has filed a motion to dismiss this appeal. The motion was signed by both Davis and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.


Bailey C. Moseley
Justice

Date Submitted:     May 1, 2017
Date Decided:       May 2, 2017

Do Not Publish